MARY A. O'BRIEN, PROSECUTRIX, v. STATE OF NEW JERSEY AND WILLIAM A. HAAG, RECORDER OF THE BOROUGH OF KEANSBURG, RESPONDENTS.

Argued October 5, 1926—Decided January 25, 1927.

**Disorderly House—Complaint Does Not Charge Offense—Nothing to Indicate That Place was a Public Place, &c., According to Statutory Requirements—Proceedings Set Aside.**

On *certiorari* to proceedings as against a disorderly person.

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutrix, *Jacob S. Karkus.*

PER CURIAM.

The proceedings brought up must be set aside.

1. The complaint does not name the prosecutrix except as "Mrs. O'Brien," which is insufficient. *Kearsley* v. *Gibbs,* 44 N. J. L. 169, and cases cited.

2. There is no record of any conviction.

3. The complaint does not charge any offense within the statutes relied on, viz., Disorderly act (*Rev.* 1898), and *Pamph. L.* 1924, *ch.* 193. The charge is that Mrs. O'Brien and the occupants of No. 25 Beachway, at two A. M., July 21st, 1925, did act in a disorderly manner and make noise, disturbing the peace by shouting, singing and threatening each other, and fighting with each other, thereby, &c. If this is not meant to charge conduct at No. 25 Beachway, no place whatever is stated as the *locus in quo*. If it is meant so to charge, there is nothing to indicate that 25 Beachway was a public place (*Rev.* 1898; *Peer* v. *Dixon,* 82 *N. J. L.* 366), or public conveyance (*Pamph. L.* 1912, *p.* 161), or a *quasi*-public place or private property not her own. *Pamph. L.* 1924, *p.* 385.

The proceedings will therefore be set aside.